U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

# UNITED STATES DISTRICT COURT
for the *STATE OF BuRLiNgToN*

2016 NOV 18 PM 2: 05

CLERK
BY __IAW__
DEPUTY CLERK

*John Robert Demos, And THE Society OF T.R.u.T.H.,*
  *Plaintiff/Petitioner*
*General Electric, vs Fannie Mae,*
*ET Al.,*
  *Defendant/Respondent*

Civil Action No.

*2:16-cv-309*

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: *THE WAShiNGToN STATe PeNiTeNTiARY*.
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:

My gross pay or wages are: $ *00*, and my take-home pay or wages are: $ *00* per
*(specify pay period)* _____.

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

(a) Business, profession, or other self-employment ☐ Yes ☒ No
(b) Rent payments, interest, or dividends ☐ Yes ☒ No
(c) Pension, annuity, or life insurance payments ☐ Yes ☒ No
(d) Disability, or worker's compensation payments ☐ Yes ☒ No
(e) Gifts, or inheritances ☐ Yes ☒ No
(f) Any other sources ☐ Yes ☒ No

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

AO 240  (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

    4. Amount of money that I have in cash or in a checking or savings account:  $ _134.00_____ .

    5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:
I OWN NOTHING OF VALUE

    6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:
I HAVE NO MONTHLY EXPENSES

    7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:
I HAVE NO DEPENDENTS

    8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:
I ONLY HAVE L.F.O.'S, & COURT DEBTS

    *Declaration:*  I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: 11-10-2016

                                                 John R. Demos
                                                          *Applicant's signature*

                                                 John R. Demos
                                                          *Printed name*

```
08/17/2015 09:32              Department of Corrections                Page    14 Of    83
AE1_BANK_STATE            WASHINGTON STATE PENITENTIARY                      OTRTASTB
                          T R U S T   A C C O U N T   S T A T E M E N T      6.03.1.0.1.9
```

DOC#    0000287455    Name: DEMOS, JOHN R                    BKG#   212
LOCATION:   E01-189-BB1071

Account Balance Today (     08/17/2015    )    Current :         144.53
                                               Hold    :           0.00
                                               Total   :         144.53

Account Balance as of    08/17/2015                              144.53

                         07/16/2015        08/17/2015

| SUB ACCOUNT | START BALANCE | END BALANCE |
|---|---|---|
| WORK RELEASE SAVINGS | 0.00 | 0.00 |
| MEDICAL ACCOUNT | 0.00 | 0.00 |
| POSTAGE ACCOUNT | 0.00 | 0.00 |
| EDUCATION ACCOUNT | 0.00 | 0.00 |
| SAVINGS BALANCE | 192.77 | 138.48 |
| SPENDABLE BAL | 2.10 | 6.05 |
| COMM SERV REV FUND ACCOUNT | 0.00 | 0.00 |

### DEBTS AND OBLIGATIONS

| TYPE | PAYABLE | INFO NUMBER | AMOUNT OWING | AMOUNT PAID | WRITE OFF AMT |
|---|---|---|---|---|---|
| LMD | LEGAL MAIL DEBT | 07072000 | 1214.95 | 0.00 | 0.00 |
| CSAF | COSTS, SANCTIONS, AND ATTORNEY FEES | 85040-2 | 171.67 | 28.43 | 0.00 |
| MHD | MENTAL HEALTH COPAY DEBT | 01162014 | 4.00 | 0.00 | 0.00 |
| HYGA | INMATE STORE DEBT | 02012001 | 108.11 | 17.00 | 0.00 |
| HYGA | INMATE STORE DEBT | 02202001 | 552.53 | 19.32 | 0.00 |
| LMD | LEGAL MAIL DEBT | 07202009 | 59.58 | 0.00 | 0.00 |
| MEDD | MEDICAL COPAY DEBT | 02062003 | 15.60 | 3.00 | 0.00 |
| DEND | DENTAL COPAY DEBT | 01222003 | 0.00 | 9.00 | 0.00 |
| LFO | LEGAL FINANCIAL OBLIGATIONS | 19991105 | 0.00 | 30.00 | 0.00 |
| COPD | COPY COSTS DEBT | 05042009 | 14.00 | 0.00 | 0.00 |
| CSAF | COSTS, SANCTIONS, AND ATTORNEY FEES | 84094-6 | 0.00 | 200.00 | 0.00 |
| DEND | DENTAL COPAY DEBT | 10112002 | 0.00 | 3.00 | 0.00 |
| MEDD | MEDICAL COPAY DEBT | 04092000 | 41.00 | 43.04 | 0.00 |
| WDCD | WESTERN DISTRICT COURT DEBT | C99-1412P | 120.50 | 29.50 | 0.00 |
| POSD | POSTAGE DEBT | 04092000-2 | 1137.09 |  | 0.00 |
| SPOSD | SAPOS POSTAGE DEBT | 01092014 | 39.30 | 2.75 | 0.00 |
| POSD | POSTAGE DEBT | 04092000-4 | 135.45 |  | 0.00 |
| SPOSD | SAPOS POSTAGE DEBT | 08202013 | 41.60 | 2.60 | 0.00 |
| POSD | POSTAGE DEBT | 01222014 | 14.06 | 0.00 | 0.00 |
| POSD | POSTAGE DEBT | 09011999 | 0.00 | 20.47 | 0.00 |
| MISCD | MISCELLANEOUS DEBT | 04092000-4 | 94.85 |  | 0.00 |
| MISCD | MISCELLANEOUS DEBT | 01242004 | 8.80 | 0.00 | 0.00 |
| MISCD | MISCELLANEOUS DEBT | 01032014 | 28.59 | 0.00 | 0.00 |

DOC#    0000287455    Name: DEMOS, JOHN R                           BKG#   212
LOCATION:   E01-189-BB1071

DEBTS AND OBLIGATIONS

| TYPE | PAYABLE | INFO NUMBER | AMOUNT OWING | AMOUNT PAID | WRITE OFF AMT. |
|---|---|---|---|---|---|
| CSAF | COSTS, SANCTIONS, AND ATTORNEY FEES | 86537-0 | 200.00 | 0.00 | 0.00 |
| COPD | COPY COSTS DEBT | 04082003 | 15.20 | 0.00 | 0.00 |
| TVD | TV CABLE FEE DEBT | 08082009 | 0.00 | 2.00 | 0.00 |
| POSD | POSTAGE DEBT | 04092000 | 397.25 | | 0.00 |
| MHD | MENTAL HEALTH COPAY DEBT | 08272014 | 20.00 | 0.00 | 0.00 |
| WDCD | WESTERN DISTRICT COURT DEBT | MC05-0069 | 250.00 | 0.00 | 0.00 |
| WDCD | WESTERN DISTRICT COURT DEBT | C99-0354WD | 0.00 | 300.00 | 0.00 |
| POSD | POSTAGE DEBT | 08032009 | 1.76 | 0.00 | 0.00 |
| HYGA | INMATE STORE DEBT | 04032000 | 739.03 | 46.79 | 0.00 |
| SPHD | STORES PERSONAL HYGIENE DEBT | 04092000-2 | 3.00 | 5.75 | 0.00 |
| WDCD | WESTERN DISTRICT COURT DEBT | 02CV076-1-MU | 150.00 | 0.00 | 0.00 |
| MEDD | MEDICAL COPAY DEBT | 04092000-1 | 7.00 | 38.73 | 0.00 |
| EL | ESCORTED LEAVE | 09-2011 | UNLIMITED | 0.00 | 0.00 |
| WRBD | WR ROOM AND BOARD DEBT | 04092000 | 0.00 | 161.83 | 0.00 |
| COPD | COPY COSTS DEBT | 10272003 | 524.16 | 0.00 | 0.00 |
| LMD | LEGAL MAIL DEBT | 04162002 | 131.05 | 0.00 | 0.00 |
| COPD | COPY COSTS DEBT | 05222001 | 228.08 | 0.00 | 0.00 |
| USDCI | US D.C. FOR N. DIST OF ILLINOIS | 05-C-7019 | 250.00 | 0.00 | 0.00 |
| TVD | TV CABLE FEE DEBT | 04092000-2 | 0.00 | 5.39 | 0.00 |
| EDCD | EASTERN DISTRICT COURT DEBT | CC99-1412P | 0.00 | 0.00 | 0.00 |
| MISCD | MISCELLANEOUS DEBT | 04092000-2 | 244.50 | | 0.00 |
| DEND | DENTAL COPAY DEBT | 04092000 | 4.00 | 9.00 | 0.00 |
| UPSD | PERSONAL PROPERTY POSTAGE DEBT | 04242001 | 0.42 | 0.00 | 0.00 |
| CSAF | COSTS, SANCTIONS, AND ATTORNEY FEES | 86681-3 | 200.00 | 0.00 | 0.00 |
| CVCS | CRIME VICTIM COMPENSATION/07112000 | 09011999 | UNLIMITED | 55.90 | 0.00 |
| HYGA | INMATE STORE DEBT | 01092014 | 95.68 | 15.00 | 0.00 |
| USDCND | US D.C FOR DIST OF NEBRASKA DEBT | 4:03CV3371 | 0.00 | 150.00 | 0.00 |
| EDCMD | US D.C. FOR E. DIST OF MICHIGAN DEBT | 03-CV-60222- | 74.71 | 75.29 | 0.00 |
| MEDD | MEDICAL COPAY DEBT | 08022004 | 0.00 | 18.00 | 0.00 |
| POSD | POSTAGE DEBT | 12031999 | 110.39 | 11.17 | 0.00 |
| SPOSD | SAPOS POSTAGE DEBT | 05142013 | 117.05 | 15.90 | 0.00 |
| CSAF | COSTS, SANCTIONS, AND ATTORNEY FEES | 88064-6 | 200.00 | 0.00 | 0.00 |
| NDCD | WESTERN WA NINTH CIRCUIT COURT DEBT | 04092000-1 | 3271.70 | 163.30 | 0.00 |

DOC#    0000287455    Name: DEMOS, JOHN R                BKG#   212
LOCATION:  E01-189-BB1071

DEBTS AND OBLIGATIONS

| TYPE | PAYABLE | INFO NUMBER | AMOUNT OWING | AMOUNT PAID | WRITE OFF AMT. |
|---|---|---|---|---|---|
| USDCAD | US D.C. FOR E. DIST OF CA | CIV-S-05-245 | 229.37 | 20.63 | 0.00 |
| CSAF | COSTS, SANCTIONS, AND ATTORNEY FEES | 88145-6 | 200.00 | 0.00 | 0.00 |
| LMD | LEGAL MAIL DEBT | 03282006 | 14.40 | 0.00 | 0.00 |
| HYGA | INMATE STORE DEBT | 04122002 | 79.71 | 0.00 | 0.00 |
| TVD | TV CABLE FEE DEBT | 08092003 | 0.00 | 21.00 | 0.00 |
| MEDD | MEDICAL COPAY DEBT | 02142000 | 0.00 | 3.00 | 0.00 |
| POSD | POSTAGE DEBT | 04092000-1 | 480.43 | | 0.00 |
| HYGA | INMATE STORE DEBT | 07272009 | 129.24 | 27.48 | 0.00 |
| EDCD | EASTERN DISTRICT COURT DEBT | 04092000 | 86.37 | 153.63 | 0.00 |
| COPD | COPY COSTS DEBT | 06132002 | 17.60 | 0.00 | 0.00 |
| HYGA | INMATE STORE DEBT | 08052003 | 1347.09 | 46.77 | 0.00 |
| SPHD | STORES PERSONAL HYGIENE DEBT | 08102007 | 14.46 | 9.40 | 0.00 |
| DEND | DENTAL COPAY DEBT | 04092000-1 | 0.00 | 3.00 | 0.00 |
| LMD | LEGAL MAIL DEBT | 08112003 | 1315.36 | 0.00 | 0.00 |
| TVD | TV CABLE FEE DEBT | 03102001 | 0.00 | 8.50 | 0.00 |
| MISCD | MISCELLANEOUS DEBT | 04092000 | 438.95 | | 0.00 |
| TVD | TV CABLE FEE DEBT | 11092002 | 0.00 | 6.86 | 0.00 |
| LMD | LEGAL MAIL DEBT | 01222014 | 99.37 | 0.00 | 0.00 |
| SPHD | STORES PERSONAL HYGIENE DEBT | 04092000-1 | 0.00 | 8.42 | 0.00 |
| SPHD | STORES PERSONAL HYGIENE DEBT | 04092000 | 22.86 | 26.32 | 0.00 |
| MISCD | MISCELLANEOUS DEBT | 04092000-3 | 299.18 | | 0.00 |
| MEDD | MEDICAL COPAY DEBT | 04092000-2 | 0.00 | 12.00 | 0.00 |
| MEDD | MEDICAL COPAY DEBT | 03052001 | 12.00 | 33.00 | 0.00 |
| MHD | MENTAL HEALTH COPAY DEBT | 11252013 | 4.00 | 0.00 | 0.00 |
| TVRTD | TV RENTAL FEE DEBT | 01162004 | 0.00 | 27.47 | 0.00 |
| WDCWD | US D.C. FOR W. DIST. OF WISCONSIN DEBT | 03-3947 | 25.29 | 229.71 | 0.00 |
| TVD | TV CABLE FEE DEBT | 12121999 | 0.00 | 2.50 | 0.00 |
| MISCD | MISCELLANEOUS DEBT | 04092000-1 | 1981.74 | | 0.00 |
| WDCD | WESTERN DISTRICT COURT DEBT | 04092000 | 2653.80 | 377.74 | 0.00 |
| POSD | POSTAGE DEBT | 08262003 | 72.61 | 0.00 | 0.00 |
| TVD | TV CABLE FEE DEBT | 04092000-1 | 0.00 | 0.50 | 0.00 |
| WDCWD | US D.C. FOR W. DIST. OF WISCONSIN DEBT | 03-C-594-S | 0.00 | 150.00 | 0.00 |
| NDCD | WESTERN WA NINTH CIRCUIT COURT DEBT | 04092000 | 1451.44 | | 0.00 |
| LMD | LEGAL MAIL DEBT | 09202012 | 499.54 | 0.00 | 0.00 |
| COIS | COST OF INCARCERATION /07112000 | 09011999 | UNLIMITED | 223.63 | 0.00 |

```
08/17/2015 09:32              Department of Corrections          Page   17 Of   83
AE1_BANK_STATE             WASHINGTON STATE PENITENTIARY              OTRTASTB
                             TRUST  ACCOUNT  STATEMENT              6.03.1.0.1.9


DOC#    0000287455    Name: DEMOS, JOHN R                  BKG#   212
LOCATION:   E01-189-BB1071
```

### DEBTS AND OBLIGATIONS

| TYPE | PAYABLE | INFO NUMBER | AMOUNT OWING | AMOUNT PAID | WRITE OFF AMT. |
|---|---|---|---|---|---|
| HYGA | INMATE STORE DEBT | 11182002 | 105.04 | 2.69 | 0.00 |
| COPD | COPY COSTS DEBT | 11041999 | 708.38 | 0.00 | 0.00 |
| TVD | TV CABLE FEE DEBT | 01112014 | 0.00 | 2.00 | 0.00 |
| TIPND | TELEPHONE IPIN DEBT | 05012015 | 5.06 | 0.00 | 0.00 |
| MEDD | MEDICAL COPAY DEBT | 01092014 | 8.00 | 0.00 | 0.00 |
| POSD | POSTAGE DEBT | 04092000-3 | 603.41 | | 0.00 |
| IDTD | ID TAG DEBT | 02132012 | 3.00 | 0.00 | 0.00 |
| TVD | TV CABLE FEE DEBT | 04092000 | 0.00 | 35.51 | 0.00 |
| SPOSD | SAPOS POSTAGE DEBT | 05052014 | 8.25 | 0.00 | 0.00 |
| COI | COST OF INCARCERATION | 09011999 | UNLIMITED | 94.52 | 0.00 |
| CVC | CRIME VICTIM COMPENSATION | 09011999 | UNLIMITED | 123.17 | 0.00 |

TRANSACTION DESCRIPTIONS --            WORK RELEASE    SUB-ACCOUNT
                                          SAVINGS

| DATE | TRANSACTION DESCRIPTION | RECEIPT# | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|

TRANSACTION DESCRIPTIONS --            MEDICAL ACCOUNT   SUB-ACCOUNT

| DATE | TRANSACTION DESCRIPTION | RECEIPT# | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|
| 07/28/2015 | MEDICAL COPAY DEBT | | 4.00 | 4.00 |
| 07/28/2015 | I05 - MEDICAL COPAY | | ( 4.00) | 0.00 |

TRANSACTION DESCRIPTIONS --            POSTAGE ACCOUNT   SUB-ACCOUNT

| DATE | TRANSACTION DESCRIPTION | RECEIPT# | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|
| 08/03/2015 | SAPOS POSTAGE DEBT | | 5.50 | 5.50 |
| 08/03/2015 | SAPOS SAL ORD #8378259 | | ( 5.50) | 0.00 |

TRANSACTION DESCRIPTIONS --            EDUCATION ACCOUNT  SUB-ACCOUNT

| DATE | TRANSACTION DESCRIPTION | RECEIPT# | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|

TRANSACTION DESCRIPTIONS --            SAVINGS BALANCE   SUB-ACCOUNT

| DATE | TRANSACTION DESCRIPTION | RECEIPT# | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|
| 07/29/2015 | Deductions-TVD-04092000-2 D R | | ( 0.50) | 192.27 |
| 07/29/2015 | Deductions-TVD-04092000 D R | | ( 15.82) | 176.45 |
| 07/29/2015 | Deductions-TVD-03102001 D R | | ( 5.50) | 170.95 |
| 07/29/2015 | Deductions-TVD-11092002 D R | | ( 2.00) | 168.95 |
| 07/29/2015 | Deductions-TVD-08092003 D R | | ( 1.50) | 167.45 |
| 07/29/2015 | Deductions-TVRTD-01162004 D R | | ( 27.47) | 139.98 |
| 07/29/2015 | Deductions-TVD-01112014 D R | | ( 1.50) | 138.48 |

TRANSACTION DESCRIPTIONS --            SPENDABLE BAL   SUB-ACCOUNT

| DATE | TRANSACTION DESCRIPTION | RECEIPT# | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|
| 07/17/2015 | LEGAL MAIL DEBT | | 1.54 | 3.64 |
| 07/17/2015 | LEGAL MAIL | | ( 1.54) | 2.10 |

```
08/17/2015 09:32                  Department of Corrections              Page    18 Of     83
AE1_BANK_STATE              WASHINGTON STATE PENITENTIARY                       OTRTASTB
                          TRUST   ACCOUNT   STATEMENT                           6.03.1.0.1.9


DOC#     0000287455     Name: DEMOS, JOHN R                          BKG#    212
LOCATION:   E01-189-BB1071
```

| DATE | TRANSACTION DESCRIPTION | RECEIPT# | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|
| 07/17/2015 | LEGAL MAIL DEBT | | 1.76 | 3.86 |
| 07/17/2015 | LEGAL MAIL | | ( 1.76) | 2.10 |
| 07/17/2015 | LEGAL MAIL DEBT | | 1.76 | 3.86 |
| 07/17/2015 | LEGAL MAIL | | ( 1.76) | 2.10 |
| 07/17/2015 | LEGAL MAIL DEBT | | 1.54 | 3.64 |
| 07/17/2015 | LEGAL MAIL | | ( 1.54) | 2.10 |
| 07/20/2015 | LEGAL MAIL DEBT | | 2.20 | 4.30 |
| 07/20/2015 | LEGAL MAIL | | ( 2.20) | 2.10 |
| 07/20/2015 | CRS SAL ORD #8358569 | | ( 1.77) | 0.33 |
| 07/24/2015 | LEGAL MAIL DEBT | | 1.78 | 2.11 |
| 07/24/2015 | LEGAL MAIL | | ( 1.78) | 0.33 |
| 07/24/2015 | COPIES DEBT | | 23.40 | 23.73 |
| 07/24/2015 | COPIES LEGAL | | ( 23.40) | 0.33 |
| 07/27/2015 | LEGAL MAIL DEBT | | 1.76 | 2.09 |
| 07/27/2015 | LEGAL MAIL | | ( 1.76) | 0.33 |
| 07/27/2015 | LEGAL MAIL DEBT | | 1.32 | 1.65 |
| 07/27/2015 | LEGAL MAIL | | ( 1.32) | 0.33 |
| 07/27/2015 | LEGAL MAIL DEBT | | 1.32 | 1.65 |
| 07/27/2015 | LEGAL MAIL | | ( 1.32) | 0.33 |
| 07/27/2015 | LEGAL MAIL DEBT | | 1.32 | 1.65 |
| 07/27/2015 | LEGAL MAIL | | ( 1.32) | 0.33 |
| 07/27/2015 | LEGAL MAIL DEBT | | 1.76 | 2.09 |
| 07/27/2015 | LEGAL MAIL | | ( 1.76) | 0.33 |
| 07/27/2015 | LEGAL MAIL DEBT | | 1.76 | 2.09 |
| 07/27/2015 | LEGAL MAIL | | ( 1.76) | 0.33 |
| 07/27/2015 | LEGAL MAIL DEBT | | 1.76 | 2.09 |
| 07/27/2015 | LEGAL MAIL | | ( 1.76) | 0.33 |
| 07/27/2015 | LEGAL MAIL DEBT | | 1.76 | 2.09 |
| 07/27/2015 | LEGAL MAIL | | ( 1.76) | 0.33 |
| 07/27/2015 | LEGAL MAIL DEBT | | 6.27 | 6.60 |
| 07/27/2015 | LEGAL MAIL | | ( 6.27) | 0.33 |
| 07/27/2015 | LEGAL MAIL DEBT | | 1.32 | 1.65 |
| 07/27/2015 | LEGAL MAIL | | ( 1.32) | 0.33 |
| 07/29/2015 | LEGAL MAIL DEBT | | 1.42 | 1.75 |
| 07/29/2015 | LEGAL MAIL | | ( 1.42) | 0.33 |
| 07/29/2015 | Deductions-TVD-01112014 D R | | ( 0.33) | 0.00 |
| 08/03/2015 | INMATE STORE DEBT (AUTO) | | 33.68 | 33.68 |
| 08/03/2015 | CRS SAL ORD #8378260 | | ( 33.68) | 0.00 |
| 08/03/2015 | LEGAL MAIL DEBT | | 6.47 | 6.47 |
| 08/03/2015 | LEGAL MAIL | | ( 6.47) | 0.00 |
| 08/05/2015 | LEGAL MAIL DEBT | | 1.32 | 1.32 |
| 08/05/2015 | LEGAL MAIL | | ( 1.32) | 0.00 |
| 08/05/2015 | LEGAL MAIL DEBT | | 1.32 | 1.32 |
| 08/05/2015 | LEGAL MAIL | | ( 1.32) | 0.00 |
| 08/06/2015 | CLASS 3 GRATUITY-BAKER-JULY | | 6.72 | 6.72 |

DOC#    0000287455    Name: DEMOS, JOHN R                         BKG#   212
LOCATION:  E01-189-BB1071

| DATE | TRANSACTION DESCRIPTION | RECEIPT# | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|
| 08/08/2015 | TV CABLE FEE DEBT |  | 0.50 | 7.22 |
| 08/08/2015 | I05 - TV CABLE FEE |  | ( 0.50) | 6.72 |
| 08/10/2015 | LEGAL MAIL DEBT |  | 3.52 | 10.24 |
| 08/10/2015 | LEGAL MAIL |  | ( 3.52) | 6.72 |
| 08/10/2015 | LEGAL MAIL DEBT |  | 3.52 | 10.24 |
| 08/10/2015 | LEGAL MAIL |  | ( 3.52) | 6.72 |
| 08/10/2015 | LEGAL MAIL DEBT |  | 3.52 | 10.24 |
| 08/10/2015 | LEGAL MAIL |  | ( 3.52) | 6.72 |
| 08/10/2015 | LEGAL MAIL DEBT |  | 3.52 | 10.24 |
| 08/10/2015 | LEGAL MAIL |  | ( 3.52) | 6.72 |
| 08/10/2015 | LEGAL MAIL DEBT |  | 3.52 | 10.24 |
| 08/10/2015 | LEGAL MAIL |  | ( 3.52) | 6.72 |
| 08/10/2015 | LEGAL MAIL DEBT |  | 3.52 | 10.24 |
| 08/10/2015 | LEGAL MAIL |  | ( 3.52) | 6.72 |
| 08/10/2015 | LEGAL MAIL DEBT |  | 3.52 | 10.24 |
| 08/10/2015 | LEGAL MAIL |  | ( 3.52) | 6.72 |
| 08/10/2015 | LEGAL MAIL DEBT |  | 3.52 | 10.24 |
| 08/10/2015 | LEGAL MAIL |  | ( 3.52) | 6.72 |
| 08/10/2015 | LEGAL MAIL DEBT |  | 3.52 | 10.24 |
| 08/10/2015 | LEGAL MAIL |  | ( 3.52) | 6.72 |
| 08/10/2015 | LEGAL MAIL DEBT |  | 1.98 | 8.70 |
| 08/10/2015 | LEGAL MAIL |  | ( 1.98) | 6.72 |
| 08/11/2015 | COPIES DEBT |  | 132.00 | 138.72 |
| 08/11/2015 | COPIES-LEGAL |  | ( 132.00) | 6.72 |
| 08/12/2015 | LEGAL MAIL DEBT |  | 1.86 | 8.58 |
| 08/12/2015 | LEGAL MAIL |  | ( 1.86) | 6.72 |
| 08/14/2015 | Deductions-TVD-04092000 D R |  | ( 0.50) | 6.22 |
| 08/14/2015 | Deductions-TVD-01112014 D R |  | ( 0.17) | 6.05 |

                TRANSACTION DESCRIPTIONS --              COMM SERV REV    SUB-ACCOUNT
                                                            FUND ACCOUNT

| DATE | TRANSACTION DESCRIPTION | RECEIPT# | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|

| 09/15/2015 | Department of Corrections | PAGE : 01 OF 01 |
|---|---|---|
| MLPERKINS | WASHINGTON STATE PENITENTIARY | OIRPLRAR |
| | | 10.2.1.18 |

### PLRA IN FORMA PAUPERIS STATUS REPORT
### FOR DEFINED PERIOD : 02/28/2015   TO   08/31/2015

| DOC# : | 0000287455 | NAME : DEMOS JOHN | | ADMIT DATE : | 07/18/1978 |
|---|---|---|---|---|---|
| DOB : | 08/04/1952 | | | ADMIT TIME : | 00:01 |

| AVERAGE MONTHLY RECEIPTS | 20% OF RECEIPTS | AVERAGE SPENDABLE BALANCE | 20% OF SPENDABLE |
|---|---|---|---|
| 4.27 | 0.85 | 1.40 | 0.28 |