In The
United States District Court of
Burlington, Vermont.,

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2017 JUN 16  AM 10:41

CLERK
BY /s/ LAW
DEPUTY CLERK

John Robert Demos And The Society of T.R.U.T.H.   (Plaintiffs)

Vs

General Electric, Fannie Mae, Freddie Mac, International Financial Services, Marsh& McClennan, Ameriprise Financial, Blackstone Group, And Navient;

(Defendants)

U.S.D.C. Case No: 2-16-cv-309,
"Notice of Appeal"   2:16-cv-309
Pursuant To,
28 USC 1291 Thru 1295,
351 U.S. 12,
18 Stat. 470,
519 U.S. 54,
378 U.S. 530,
487 U.S. 312,

To: The Clerk of The Above Illustrated Court.

Hear ye, Hear ye, Hear ye:

Comes Now The Plaintiffs, By And Thru Their Spokesman, John R. Demos, Who Respectfully Avers, And declares The Following, Under The Pain, And Penalty of Perjury.

1. Argument In Rebuttal

A: The Court States On Page #1 of It's Order Entering A Filing Injunction That I Failed To Oppose or show Cause As To why The Court's 1-27-17 order denying The Motion To Proceed In Forma Pauperis should Not be Granted. On or About 2-25-17 Plaintiff John Demos Pursuant To, 487 U.S. 266, 894 F.2d 1129, 326 F.3d 18, 24 F.3d 624, 570 F.3d 669, *673 F.3d 452, 516 U.S. 193, 507 U.S. 380, Gave His Order To Show Cause To The Unit Officer For Mailing, If The Unit Officer loses, Misplaces, or deliberately destroys (my letter Addressed To The U.S. District Court, Plaintiff Demos should Not be Held Accountable. I Invoke The doctrine of "Excuseable Neglect".

**STATEMENT OF THE CASE**

A: On 6-6-2017, the Chief Judge of the U.S. District Court of Vermont, The Hon. Christina Reiss entered an Injunction (A Filing Injunction) against the Plaintiff.

B: Plaintiff takes umbrage, or offense, and asserts that the Filing Injunction is Arbitrary and Capricious, 436 U.S. 775,

C: The Actions of Chief Judge Christina Reiss compel Plaintiff "to,"
1. Prevent a grave, odious, repugnant miscarriage of Justice, in order to preserve the integrity of the Judicial Process, 760 F.2d 1039,
2. Seek Justice, Not Victory, 860 F.2d 488,
3. Assert that special + important reasons exhist for appeal to the 2nd Circuit, 372 U.S. 391,
4. Assert that the United States does NOT have to confer recognition on a Foreigner before he can assert diplomatic immunity, 741 F.2d 12, 794 F.2d 806,
5. Prevent prejudice to a substantial right, 507 U.S. 725,
6. Protect the Public Intrest, 321 U.S. 321, 135 U.S. 1,
7. Prevent Plain Error, 456 U.S. 152,
8. Present a case + controversy, 349 U.S. 237,
9. To contest the lower U.S. District Courts factual determinations, 130 S.Ct. 841,
10. Invoke the doctrine of Manifest Necessity, 241 F.3d 1242,

## REASONS FOR GRANTING THE PETITION

A. A Constitutional question is before the Court.

1. Does John Demos have the Constitutional Right to Petition the Government for a Redress of Grievances? 389 U.S. 217, 404 U.S. 508,

2. Plaintiff John Demos is a "British Subject", a "Protected Person", I Am An Inhabitant of a Protectorate of the United Kingdom, I Am Entitled to diplomatic Immunity, and Protection by the Crown, 184 U.S. 270, 331 U.S. 256, 4 Wheat 246, 136 U.S. 330, 254 U.S. 433, 324 U.S. 30, 169 U.S. 649,

3. A Court only has Jurisdiction over those who owe the State or Government Allegiance, 11 U.S. 481, 326 U.S. 310,

4. If you owe Allegiance to a Foreign Power, you cannot be a U.S. Citizen, 112 U.S. 101,

5. Plaintiff John Demos has never subscribed to, or taken a Loyalty Oath, 71 U.S. 277, 71 U.S. 333, 384 U.S. 11,

6. My Domicile, 293 U.S. 15, 232 U.S. 619, Is In Canada, I Am A Canadian Native American of the Ojibwe Tribe, (Ojibway), Parts of Vermont, And New Hampshire Sit In Canada, I Am A Resident of Vermont, Citizen, Resident, + Inhabitant are not Synonomous, 252 U.S. 60, 248 U.S. 465,

7. A Person may be a State Citizen, but not a U.S. Citizen, 83 U.S. 36,

8. A Subject, and a Citizen are not Synonomous, 15 U.S. 227, 267 U.S. 42,

3.

QUESTION(S) PRESENTED – 266 U.S. 236,

1. Is England as a foreign state entitled to define who its citizens are? 118 F.3d 76,
2. Does foreign law rather than U.S. law govern, and control in this action? 871 F.2d 824,
3. Does a foreigner owe any allegiance to the U.S.? 267 U.S. 42,
4. Does the law of the flag control in all matters of civil, and criminal jurisdiction? 345 U.S. 571,
5. Are plaintiff's issues debateable amongst jurists of reason? 542 U.S. 274,
6. Do jurisdictional issues have a statute of limitations? 371 U.S. 236,
7. Can the 2nd Circuit Court of Appeals intervene, 450 U.S. 79, and reverse the ruling of the lower U.S. District Court of Vermont?
8. Can an alien claim diplomatic intervention in his behalf? 342 U.S. 580,
9. Can plaintiff invoke the law of nations? 119 Stat. 347, 120 Stat. 2635, 122 Stat. 323, 80 Stat. 811, 63 Stat. 105, 62 Stat. 964,
10. Is England deemed a foreign country? 182 U.S. 1,
11. Is a constitutional question before the Court? 466 U.S. 485,
12. Does the U.S. Supreme Court have "original jurisdiction" in cases involving foreign entities? 31 U.S. 515, 30 U.S. 1,
13. Is the ruling of the lower U.S. District Court factually, actually, and legally invalid? 321 U.S. 414,
14. Did the lower U.S. District Court have jurisdiction to render its ruling? 505 U.S. 277,
15. Is a British subject governed by rights or privileges? 408 U.S. 471,
16. Are individual Indians (Ojibway) entitled to Article III immunity? 1 Stat. 50, 441 F.Supp. 374, 25 USC-SEC. 450,
17. Is an Indian a person? 112 U.S. 94,

4.

## CONSTITUTIONAL AND STATUTORY PROVISIONS INVOLVED

1783 Treaty of Peace between England, And The United States,
1608 Treaty between England And The United States,
1782 Treaty between   "        "        "       "      ",
1783 Treaty between   "        "        "       "      ",
1792 Treaty between   "        "        "       "      ",
28 USC 1603(b),
150 F.3d 477,
Vienna Convention on Protocols And Consular Relations,
18 USCA 112(d),
912 F. Supp. 458,
78 Stat. 610,
92 Stat. 1705,
62 Stat. 688,
22 USC 255,
18 USC 951,

## TABLE OF AUTHORITIES CITED

| CASES | | PAGE NUMBER |
|---|---|---|
| 223 U.S. 118, | * 11 U.S. 481, | |
| 5 U.S. 137, | * 326 U.S. 310, | |
| 332 U.S. 46, | 219 U.S. 346, | |
| 302 U.S. 319, | * 8 Wheat. 464, | |
| 268 U.S. 619, | 324 U.S. 30, | |
| 17 U.S. 316, | 285 U.S. 1, | |
| * 184 U.S. 270, | 403 F.3d 708, | |
| * 331 U.S. 256, | * 123 U.S. 443, | |
| * 4 Wheat 246, | 541 U.S. 677, | |
| * 136 U.S. 330, | | |
| * 254 U.S. 433, | | |
| 190 U.S. 524, | | |

### STATUTES AND RULES

The 1st Amendment to the U.S. Constitution,
    303 U.S. 414,
    286 U.S. 319,
    242 U.S. 470,
8 USC Sec. 1101 (A)(22),
* 36 Stat. 2163,
The British Nationality Act,
The 1907 & 1940 U.S. Nationality Acts,
28 USC 1602-1607,
The 1933 Emergency Banking Act,
22 USC 2705,
28 USC 1331,

28 USC 1613A(A),

### OTHER

333 U.S. 257,
198 U.S. 45,
527 U.S. 620,
429 U.S. 190,
* 15 U.S. 227,
* 252 U.S. 60,
248 U.S. 465,

An Alien's Ties to His Homeland, 342 U.S. 580, Plaintiff who is a high ranking Free Mason, have fellow Masonic Brothers, and Sisters of the Fraternal Order of the Eastern Star who Dwell In Vermont, Canada, And New Hampshire.

Parts of Vermont & New Hampshire Sit On Canadian Soil.

I Invoke The Law of Return, The Right To Return Back To Vermont, New Hampshire, or Canada, 29 U.S. 366, 51 U.S. 82, 38 U.S. 45,

I Invoke The Doctrine of International Law, 462 U.S. 611, And Foreign Diplomatic Immunity, 345 F.2d 978, 112 U.S. 101, 11 U.S. 481, 794 F.2d 806,

* Will The U.S. Jeopardize, And Put In Peril It's Foreign Relations with Great Britain? 240 U.S. 251,

May it so Please The Court, Further Affiant Sayeth Naught.

**CONCLUSION**

The ~~petition for a writ of certiorari~~ Notice of Appeal should be granted.

Respectfully submitted,

John Robert Hemos Jr.,
(In Propria Personna)

Date: 6-10-2017

7.