# MANDATE

D. Vt.
16-cv-309
Reiss, C.J.

## United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 2nd day of November, two thousand seventeen.

Present:
> Robert A. Katzmann,
>> *Chief Judge,*
>
> Raymond J. Lohier, Jr.,
> Christopher F. Droney,
>> *Circuit Judges.*

John Robert Demos, Jr., The Society of T.R.U.T.H.,

> *Plaintiff-Appellant,*

v.                                                                                                                   17-1954

General Electric Company, et al.,

> *Defendant-Appellee.*

Appellant, pro se, moves for summary reversal of the district court's filing injunction and leave to proceed in forma pauperis. Upon due consideration, it is hereby ORDERED that the motion is DENIED and the appeal is DISMISSED because it "lacks an arguable basis either in law or in fact." *Neitzke v. Williams*, 490 U.S. 319, 325 (1989); *see also* 28 U.S.C. § 1915(e).

> FOR THE COURT:
> Catherine O'Hagan Wolfe, Clerk

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 12/11/2017